### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| TINA GRANT, individually and on<br>behalf of all others similarly situated | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | CASE NO: 4:16-cv-00696 |
| v. | ) <br> ) | Judge Catherine D. Perry |
| EQUIFAX WORKFORCE SOLUTIONS a/k/a<br>TALX CORPORATION, | ) <br> ) <br> ) <br> ) | |
| Defendant. | ) | |
| BETZALEL YOCHANAN, individually and on<br>behalf of all others similarly situated, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | CASE NO: 4:16-cv-00843 |
| v. | ) <br> ) <br> ) | |
| EQUIFAX WORKFORCE SOLUTIONS a/k/a<br>TALX CORPORATION, | ) <br> ) <br> ) | |
| Defendant. | ) | |

### DEFENDANT EQUIFAX WORKFORCE SOLUTIONS'
### MOTION TO DISMISS GRANT AND YOCHANAN COMPLAINTS

NOW COMES, Defendant Equifax Workforce Solutions a/k/a Talx Corporation

("EWS"), by counsel, and pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6), and

hereby Moves to Dismiss both (1) Plaintiff Tina Grant's Class Action Complaint (ECF No. 1,

4:16-cv-00696); and (2) Plaintiff Betzalel Yochanan's Class Action Complaint (ECF No. 1,

4:16-cv-00843).[1]

---

[1] This Court consolidated the *Grant* and *Yochanan* cases on the parties' joint motion on July 8,
2016.  *See* ECF No. 5.

In support of this Motion, Defendant EWS submits its Memorandum of Law in Support of the Motion, filed contemporaneously herewith, and incorporates the same as if fully set forth herein.

WHEREFORE, Defendant Equifax Workforce Solutions a/k/a Talx Corporation respectfully requests that this Court GRANT the instant Motion to Dismiss, and dismiss Plaintiff Grant's Complaint and Plaintiff Yochanan's Complaint.

Respectfully submitted,

Date: August 12, 2016

*Phyllis B. Sumner*
Phyllis B. Sumner (admitted *pro hac vice*)
Elizabeth D. Adler (admitted *pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
psumner@kslaw.com
eadler@kslaw.com

Nicholas A. Oldham (admitted *pro hac vice*)
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW
Washington, D.C.  20006
Tel.:  (202) 737-0500
Fax:  (202) 626-3737
noldham@kslaw.com

Peter Corsale
**POLSINELLI PC**
100 S. Fourth Street
Suite 1000
St. Louis, MO 63102
Tel:  (314) 889-8000
Fax:  (314) 231-1776
pcorsale@polsinelli.com

*Counsel for Defendant Equifax Workforce Solutions a/k/a TALX Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 12, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to the following:

Norman E. Siegel
J. Austin Moore
Barrett J. Vahle
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO  64112
Tel:  (816) 714-7100
Fax:  (816) 714-7101
siegel@stuevesiegal.com
moore@stuevesiegel.com
vahle@ stuevesiegal.com

Carl Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
One South Dearborn St., Suite 2122
Chicago, IL  60603
Tel:  (312) 984-0000
Fax:  (312) 212-4401
malmstrom@whafh.com

*Attorneys for Plaintiff Tina Grant*

John Yanchunis
**MORGAN & MORGAN, PA**
201 N. Franklin St., 7th FL
Tampa, FL 33602
Tel:  (813) 223-5505
Fax:  (813) 275-9205
jyanchunis@forthepeople.com

Tami Hamm
**THE HAMM LAW FIRM, LLC**
8630 Delmar Blvd.
Suite 120
St. Louis, MO 63124
Tel:  (314) 439-1046
tamihamm@gmail.com

*Attorneys for Plaintiff Betzalel Yochanan*

3

I further certify that on August 12, 2016, the forgoing was mailed via First Class U.S. Mail, postage prepaid, to the following:

Thomas Burt
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY  10016
Tel:  (212) 545-4600
Fax:  (212) 545-4653
burt@whafh.com

Theodore B. Bell
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
One South Dearborn St., Suite 2122
Chicago, IL  60603
Tel:  (312) 984-0000
Fax:  (312) 212-4401
tbell@whafh.com

*Attorneys for Plaintiff Tina Grant*

Rachel Soffin
**MORGAN & MORGAN, PA**
201 N. Franklin St., 7th FL
Tampa, FL 33602
Tel:  (813) 223-5505
Fax:  (813) 222-2434
rsoffin@forthepeople.com

Michael A. Galpern
Andrew P. Bell
James A. Barry
**LOCKS LAW FIRM, LLC**
801 N. Kings Highway
Cherry Hill, New Jersey 08034
Tel: (856) 663-8200
Fax: (856) 661-8400

*Attorneys for Plaintiff Betzalel Yochanan*

/s/ Phyllis B. Sumner
Phyllis B. Sumner

4